UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCNAE, et al., | CASE NO. 2-25-cv-2710-JNW |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| KING COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

The Court raises this matter of its own accord to determine whether to stay this action pending the completion of Plaintiffs William McNae and Ronda McNae's bankruptcy proceeding.

On January 13, 2026, Plaintiffs filed a notice of bankruptcy and automatic stay, asserting that "pursuant to 11 U.S.C. § 362(a), the bankruptcy filing imposed an automatic stay by operation of law of all acts to collect, assess, or recover any claim against the debtor or property of the bankruptcy estate, including enforcement activity, execution, levy, post-judgment collection efforts, and related discovery." Dkt. No. 22.

The parties must show cause why the Court should or *should not* stay this action pending resolution of Plaintiffs' bankruptcy proceeding. The parties' responses to this Order to Show Cause, may not exceed FIVE (5) pages and must be filed within FOURTEEN (14) days of this Order.

It is so ORDERED.

Dated this 15th day of January, 2026.

Jamal N. Whitehead
United States District Judge