UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MCNAE, et al., | CASE NO. 2:25-cv-02710-JNW |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY SHERIFF'S OFFICE, et al., | |
| Defendants. | |

This matter comes before the Court on the Parties' responses to the Court's order to show cause. Dkt. Nos. 24, 25, 26.

On January 13, 2026, Plaintiffs filed a notice of bankruptcy and automatic stay, asserting that "pursuant to 11 U.S.C. § 362(a), the bankruptcy filing imposed an automatic stay by operation of law of all acts to collect, assess, or recover any claim against the debtor or property of the bankruptcy estate, including enforcement activity, execution, levy, post-judgment collection efforts, and related discovery." Dkt. No. 22. But the automatic stay provision in Section 362(a) applies only to actions "against the Debtors," not those, as here, brought *by* the debtors. *See, e.g., In re Palmdale Hills Prop., LLC*, 654 F.3d 868, 875 (9th Cir. 2011) (a Section

ORDER - 1

362(a) stay "does not prevent a plaintiff/debtor from continuing to prosecute its own claims nor does it prevent a defendant from protecting its interests against claims brought by the debtor."). Accordingly, this case is not subject to the automatic stay provision and an order regarding initial disclosures and joint status report will issue.

The Court is also aware of Plaintiffs' history of excessive and unsolicited filings in other cases pending in federal court. *See, e.g., McNae v. ARAG Ins.*, 2:24-cv-00211-TL, Dkt. No. 137 (Feb. 9, 2026). Specifically, Judge Tana Lin found that Plaintiffs have repeatedly filed "notices that do not seek relief, each of which requires attention from clerk and chambers staff and burdens the Court's limited resources," and has imposed filing restrictions upon Plaintiffs to curb this behavior. *Id.* at 2, 6–7. This Court will follow suit should the need arise. To that end, Plaintiffs are advised that their filings here should be strictly limited to this dispute and subject matter covered by their complaint. Unnecessary filings—including those made to preserve or complete the record, *see, e.g., id.* at 5–6—will be struck and may result in filing restrictions or other sanctions.

Dated this 18th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 2