The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM MCNAE and RONDA
MCNAE, husband and wife,

      Plaintiffs,

  vs.

KING COUNTY SHERIFF'S OFFICE;
DETECTIVE D. SCHMITZ; DETECTIVE
WYZYKOWSKI; DETECTIVE MANSANAREZ;
DETECTIVE MILLER; DOES 1–10,

      Defendants.

No. 2:25-cv-02710-JNW

STIPULATION FOR DISMISSAL OF
DEFENDANT DETECTIVE BENJAMIN
MILLER ONLY

## STIPULATION

IT IS HEREBY STIPULATED between Plaintiffs and King County Defendants, parties to the above-entitled action, that Plaintiffs' case against Defendant DETECTIVE BENJAMIN MILLER should be dismissed without prejudice and without costs or attorney fees, and with no party seeking prevailing party status as to defendant MILLER.

DATED this 12th day of March, 2026.

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT
DETECTIVE BENJAMIN MILLER (2:25-cv-02710-JNW) - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

Respectfully submitted,

LEESA MANION (she/her)
King County Prosecuting Attorney

/s/ Amanda S. Froh                           s/ Ronda McNae
AMANDA S. FROH, WSBA #34045                  Ronda McNae
ERIN L. OVERBEY, WSBA #21907
Senior Deputy Prosecuting Attorneys          /s/ William McNae
Attorneys for King County Defendants         William McNae
701 Fifth Avenue, Suite 600                  Pro se, Plaintiffs
Seattle, WA 98104                            504 11th Place
Phone: (206) 477-1872/Fax: (206) 296-0191    Kirkland, WA 98033
amanda.froh@kingcounty.gov                   prose.rmcnae@gmail.com
eroverbey@kingcounty.gov                     prose.wmcnae@gmail.com

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing Stipulation of the Parties hereto, and it appearing to the Court, after being fully advised, that the above-entitled case should be dismissed; now, therefore, it is hereby

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby dismissed without prejudice as to defendant DETECTIVE BENJAMIN MILLER , without costs or attorney's fees, and with no party seeking prevailing party status as to defendant MILLER.

DONE this 12th day of March, 2026.

_____
The Honorable Jamal N. Whitehead
United States District Judge

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

Presented by:

LEESA MANION (she/her)
King County Prosecuting Attorney

/s/ Amanda S. Froh
AMANDA S. FROH, WSBA #34045
ERIN L. OVERBEY, WSBA #21907
Senior Deputy Prosecuting Attorneys
Attorneys for King County Defendants
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1872/Fax: (206) 296-0191
amanda.froh@kingcounty.gov
eroverbey@kingcounty.gov

s/ Ronda McNae
Ronda McNae

/s/ William McNae
William McNae
Pro se, Plaintiffs
504 11th Place
Kirkland, WA 98033
prose.rmcnae@gmail.com
prose.wmcnae@gmail.com

STIPULATION FOR DISMISSAL OF DEFENDANT
DETECTIVE BENJAMIN MILLER (2:25-cv-02710-JNW) - 3

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191